IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE MILLER, JR., | No. 2:25-CV-2694-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JEU MOON, et al., | and |
| Defendants. | <u>FINDINGS AND RECOMMENDATIONS</u> |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis. <u>See</u> ECF No. 2.

        Plaintiff has not submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Specifically, Plaintiff's inmate trust account statement reflects that, as of September 23, 2025, Plaintiff has $10,461.64 in available funds. <u>See</u> ECF No. 6. Accordingly, Plaintiff has not demonstrated that he is unable to pay the filing fees for this action or otherwise unable to pay for its prosecution. The Court will recommend that Plaintiff's application be denied, and that Plaintiff be required to pay the filing fees in full.

/ / /

/ / /

/ / /

1

Accordingly, the undersigned orders and recommends as follows:

1. It is ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this action.

2. It is RECOMMENDED that Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 10, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE