IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE MILLER, JR.,<br><br>Plaintiff,<br><br>v.<br><br>JEU MOON, et al.,<br><br>Defendants. | No. 2:25-cv-02694-DC-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 2, 8) |

     Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On October 14, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

     Accordingly, IT IS HEREBY ORDERED as follows:

     1.     The findings and recommendations filed October 14, 2025, ECF No. 8, are ADOPTED in full.

1

2. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is DENIED.

3. To proceed with this action, Plaintiff must pay the entire $405.00 filing fee within thirty days from the date of entry of this order; and

4. Plaintiff is warned that his failure to pay the filing fee as required will result in a dismissal of this action.

5. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **November 14, 2025**

Dena Coggins
United States District Judge

2