**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD LEE MILLER, JR.,<br>Plaintiff,<br>v.<br>JEU MOON, et al.,<br>Defendants. | No. 2:25-CV-2694-DC-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's original complaint, the sufficiency of which is addressed by separate order issued herewith. Also before the Court are the following motions filed by Plaintiff: (1) motion to lodge exhibits, see ECF No. 3, (2) motion to reinstate a protective order, see ECF No. 4, (3) motion to intervene, see ECF No. 12, and (4) motions for a confidential court hearing, see ECF Nos. 15 and 16.

In his motion to lodge exhibits, Plaintiff seeks leave of Court to submit exhibits in support of his complaint. See ECF No. 3. These exhibits consist of various documents related to state court proceedings which appear to have no connection with the claims against the named defendants, as explained further in the accompanying order addressing Plaintiff's complaint. Plaintiff's motion will be denied.

/ / /

In his motion to reinstate a protective order, Plaintiff seeks to have entered in this case a protective order which had been entered in one of Plaintiff's prior federal court cases, Miller v. Woodford, 2:07-cv-0164-LKK-EFB-P, and Miller v. Rufino, 08-cv-1233-BTM-WMC. See ECF No. 4. Plaintiff does not provide copies of the protective orders in those cases. In any event, Plaintiff's motion will be denied without prejudice to refiling as a formal motion for a protective order following the appearance of a defendant and issuance of a discovery and scheduling order.

In his motion to intervene, Plaintiff appears to ask that the District Judge assigned to this case be made aware of Plaintiff's claims. See ECF No. 12. This motion will be denied as unnecessary because, as the assigned District Judge, Judge Coggins has access to the docket for this case and will conduct de novo review of the undersigned's recommendations. Further, Plaintiff is always free to seek reconsideration by Judge Coggins of any orders issued by the undersigned.

Finally, Plaintiff has filed two separate motions seeking a confidential court hearing. See ECF Nos. 15 and 16. Plaintiff has not, however, demonstrated any basis for this Court to conduct an ex parte hearing, or any hearing, at this time. Plaintiff's motion will be denied. To the extent Plaintiff has a basis to seek an order for this matter to proceed under seal, Plaintiff may file a formal motion for such relief.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion lodge exhibits, ECF No. 3, is denied.

2. Plaintiff's motion to reinstate prior protective orders, ECF No. 4, is denied without prejudice to filing a formal motion for a protective order following issuance of a discovery and scheduling order.

3. Plaintiff's motion to intervene, ECF No. 12, is denied.

/ / /

/ / /

/ / /

/ / /

4. Plaintiff's motions for a confidential court hearing, ECF Nos. 15 and 16, are denied without prejudice to filing a formal motion that this matter proceed under seal.

Dated: July 20, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE