**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

GERALD LEE MILLER, JR.,

Plaintiff,

v.

JEU MOON, et al.,

Defendants.

No. 2:25-cv-2694-DC-ICD-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: (1) Plaintiff's motion for leave to file a first amended complaint, ECF No. 21; and (2) Plaintiff's motion for a conference with the Court, ECF No. 25.

Turning first to Plaintiff's motion for leave to amend, the docket reflects that the Court dismissed Plaintiff's original complaint on July 20, 2026, and granted Plaintiff leave to file a first amended complaint. ECF No. 19. Plaintiff's current motion for leave to file a first amended complaint is unnecessary and is denied as such. The Court will address the sufficiency of Plaintiff's first amended complaint, filed on August 19, 2026, ECF No. 22, by separate order.

As to Plaintiff's request for a Court conference, the request is denied. Except in extraordinary circumstances, a party may not schedule a conference with the Court outside the standard litigation schedule.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for leave to amend, ECF No. 21, is DENIED as unnecessary.

2. Plaintiff's motion for a Court conference, ECF No. 25, is DENIED.

Dated: October 28, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE